# Exhibit A

**QUALITY KITCHENS OF PHILADELPHIA**
**ANALYSIS OF PAYMENTS TO AMERICAN EXPRESS**
**DURING THE FOUR YEAR PERIOD JANUARY 20, 2018 THROUGH JANUARY 20, 2022**

| PAYEES NAMES | ACCOUNT HOLDER | CREDIT CARD NUMBER | ACCOUNT TYPE | CARD DESCRIPTION | CHECK # | CHECK DATE | CLEARING DATE | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|
| **Payments Matched to AMEX Business Statements Provided** | | | | | | | | | |
| AMEX | | 8-01009 | Business | The Merit Corp CC | ACH | 03/21/18 | 03/21/18 | 1,815.50 | SAN 3568 |
| AMEX | | 8-01009 | Business | The Merit Corp CC | ACH | 03/29/18 | 03/29/18 | 65,000.00 | SAN 3568 |
| Subtotal of Payments Matched to AMEX Business Accounts | | | | | | | | 66,815.50 | |
| | | | | | | | | | |
| **Payments Matched to Stephen Earl AMEX Personal Statements Provided** | | | | | | | | | |
| AMEX | Stephen N. Earl | 8-02000 | Personal | Platinum Card | ACH | 02/16/18 | 02/16/18 | 7,662.50 | SAN 3568 |
| AMEX | Stephen N. Earl | 8-02000 | Personal | Platinum Card | ACH | 03/15/18 | 03/15/18 | 23,021.83 | SAN 3568 |
| AMEX | Stephen N. Earl | 8-02000 | Personal | Platinum Card | ACH | 04/16/18 | 04/16/18 | 50,000.00 | SAN 3568 |
| Subtotal of Payments Matched to Personal Stephen Earl AMEX Statements | | | | | | | | 80,684.33 | |
| | | | | | | | | | |
| **Payments on Jonathan Earl AMEX Personal Card #603003/602005** | | | | | | | | | |
| AMEX | Jonathan Earl | | Personal | | ACH | 04/17/18 | 04/17/18 | 52,746.00 | SAN 3568 |
| Subtotal of Payments on Jon Earl's Personal AMEX Statements | | | | | | | | 52,746.00 | |
| | | | | | | | | | |
| **TOTAL PAID TO AMEX** | | | | | | | | 200,245.83 | |